MIED (Rev. 8/02) Notice of Correction

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

THOMAS J. BUDZYNSKI,

          Plaintiff(s),                        Case No. 11-15156

v.                                                    Judge Sean F. Cox

INTERNAL REVENUE SERVICE,            Magistrate Judge Mark A. Randon

          Defendant(s).
_____/

**NOTICE OF CORRECTION**

Docket entry number __18__, filed ____4/20/2012____, has been modified. The explanation for the correction is stated below.

☐ The docket entry was made on the wrong case.

☐ The corresponding document image was missing or incomplete.

☑ The wrong document image was associated.

☐ The wrong judicial officer was listed on the case docket.

☐ The filer information was inaccurate or omitted from the docket text.

☐ The judicial officer information was inaccurate or omitted from the docket text.

☐ The docket text was changed *to include the Partial Payment Order.*

☐ Other:

If you need further clarification or assistance, please contact __Jennifer Hernandez__ at __(313) 234-2653__.

DAVID J. WEAVER, CLERK OF COURT

Dated: April 20, 2012                             s/ Jennifer Hernandez
                                                      Deputy Clerk