UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

THOMAS J. BUDZYNSKI,

          Plaintiff(s),          Case No. 11-15156

v.          Judge Sean F. Cox

INTERNAL REVENUE SERVICE,          Magistrate Judge Mark A. Randon

          Defendant(s).
_____/

**NOTICE OF CORRECTION**

Docket entry number __18__, filed __4/20/2012__, has been modified. The explanation for the correction is stated below.

- [ ] The docket entry was made on the wrong case.
- [ ] The corresponding document image was missing or incomplete.
- [x] The wrong document image was associated.
- [ ] The wrong judicial officer was listed on the case docket.
- [ ] The filer information was inaccurate or omitted from the docket text.
- [ ] The judicial officer information was inaccurate or omitted from the docket text.
- [ ] The docket text was changed *to include the Partial Payment Order.*
- [ ] Other:

If you need further clarification or assistance, please contact __Jennifer Hernandez__ at __(313) 234-2653__.

DAVID J. WEAVER, CLERK OF COURT

Dated: April 20, 2012          s/ Jennifer Hernandez
          Deputy Clerk